IN THE UNITED DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KIM WIDDIFIELD,

    Plaintiff,

    v.        No. 2:11-cv-1752 WBS GGH

MACY'S DEPARTMENT STORES, INC.,

<u>ORDER</u>

    Defendant.

_____/

    Plaintiff filed on August 2, 2012, an ex parte application for order shortening time to hear her motion to modify the court's scheduling order to allow for inspection of Macy's retail store after the current August 3, 2012 discovery cutoff date. Defendant has filed objections. Plaintiff's application for order shortening time will be granted, and the motion will be scheduled for hearing.

    Accordingly, IT IS ORDERED that:

    1. Plaintiff's ex parte application for order shortening time, filed August 2, 2012, (dkt. # 16), is granted.

    2. The hearing on plaintiff's motion to modify the scheduling order is scheduled for Wednesday, August 8, 2012, at 10:00 a.m. in courtroom #9.

DATED: August 3, 2012

    /s/ Gregory G. Hollows
    UNITED STATES MAGISTRATE JUDGE

GGH:076/Widdifield1752.ost.wpd