IN THE UNITED DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KIM WIDDIFIELD,

    Plaintiff,

    v.                                      No. 2:11-cv-1752 WBS GGH

MACY'S DEPARTMENT STORES, INC.,

                                                      SUMMARY ORDER

    Defendant.

_____/

        Previously pending on this court's law and motion calendar for August 8, 2012, was plaintiff's motion to modify the scheduling order to permit inspection of Macy's retail store after the discovery cutoff.[1]  Lawrance Bohm appeared for plaintiff.  Jerry Deschler, Jr. appeared for defendant.  After reviewing the motion and Macy's response and opposition, and having heard oral argument, the court now issues the following summary order.

        For reasons stated at hearing, IT IS ORDERED that:

        1.  Plaintiff's motion to modify the scheduling order to permit site inspection, filed August 2, 2012, is granted to permit plaintiff's requested site inspection of the Macy's store

\\\\\

---

[1] On August 3, 2012, the undersigned granted plaintiff's ex parte application for order shortening time to hear the instant motion.  (Dkt. no. 19.)

1

at issue.  The scheduling order, filed October 5, 2011, is modified by this order in this respect only.

        2. The site inspection shall take place on or before September 30, 2012, on a date agreed to by the parties.  The inspection shall occur outside of store hours and shall last a maximum of one hour.  The inspection shall include videotaping and taking of photograph only.  Plaintiff shall produce to defendant copies of all videotape and photographs produced at the inspection no less than seven days prior to the October 8, 2012 mediation.

DATED: August 8, 2012

        /s/ Gregory G. Hollows
    UNITED STATES MAGISTRATE JUDGE

GGH:076/Widdifield1752.insp.wpd