BOHM LAW GROUP
LAWRANCE A. BOHM, SBN 208716
LBohm@bohmlaw.com
BIANCA N. SMITH, SBN 269963
bianca@bohmlaw.com
4600 Northgate Boulevard, Suite 210
Sacramento, CA  95834
Telephone:  (916) 927-5574
Facsimile:   (916) 927-2046

Attorneys for Plaintiff
KIM WIDDIFIELD

JACKSON LEWIS LLP
ROBERT J. SCHNACK, SBN 191987
schnackr@jacksonlewis.com
CAROLYN G. BURNETTE, SBN 191294
burnettec@jacksonlewis.com
JERRY J. DESCHLER JR., SBN 215691
deschlerj@jacksonlewis.com
801 K Street, Suite 2300
Sacramento, California 95814
Telephone:  (916) 341-0404
Facsimile:   (916) 341-0141

Attorneys for Defendant
MACY'S WEST STORES, INC.
(erroneously sued and served as
Macy's Department Stores, Inc.)

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| KIM WIDDIFIELD,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>MACY'S DEPARTMENT STORES, INC. and DOES 1 through 100, inclusive,<br><br>　　　　　Defendant. | Case No. 2:11-cv-01752-WBS-GGH<br><br>**STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL OF ACTION WITH PREJUDICE** |

　　　　The parties to this action reached a full and final settlement at a private mediation held on October 8, 2012.  The settlement provides for the payments to Plaintiff and her counsel specified in the executed Settlement Agreement, and the dismissal of this action with prejudice.

/ / /

IT IS HEREBY STIPULATED by and between the parties to this action through their undersigned counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.  Each party shall bear her/its own costs and attorneys' fees except to the extent otherwise provided by the parties' Settlement Agreement.

Dated:  October 8, 2012                BOHM LAW GROUP


By: /s/ Lawrance A. Bohm
    Lawrance A. Bohm
    Bianca N. Smith

Attorneys for Plaintiff
KIM WIDDIFIELD

Dated:  October 8, 2012                JACKSON LEWIS LLP


By: /s/ Carolyn G. Burnette
    Robert J. Schnack
    Carolyn G. Burnette
    Jerry J. Deschler Jr.

Attorneys for Defendant
MACY'S WEST STORES, INC.


## ORDER

**IT IS SO ORDERED** in accordance with the foregoing stipulation of the parties.

Dated:  October 10, 2012

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE